IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 21-cr-30003-DWD |
| ) | |
| vs. ) | |
| ) | |
| FRANK SMITH et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

**UNITED STATES OF AMERICA'S MOTION FOR
DESIGNATION OF MATTER AS A COMPLEX CASE**

COMES NOW the United States of America and respectfully requests that this Court find this matter to be a complex case within the meaning of Title 18, United States Code, Section 3161(h)(7)(B)(ii).

In support of its request, the United States notes that a thirteen-count indictment was returned against the defendants on January 20, 2021. The indictment charges RICO Conspiracy and related offenses based on an alleged years-long course of conduct that involved two murders and various other acts of violence, drug trafficking, money laundering, and obstruction of justice.

Counts 2, 4, 11, and 13 each carry a possible sentence of death. Accordingly, pursuant to the Department of Justice's capital review protocol, this case requires review by the Attorney General of the United States to determine whether the United States will or will not seek the death penalty.

Alongside the need for capital review, this case also involves unusually voluminous discovery: the quantity of materials in the government's initial discovery production is expected to exceed 20,000 pages of documents and nearly 1 terabyte of other data. The case further involves unusually complex legal issues: the charges against the defendants involve racketeering

crimes which themselves encompass various offenses under federal law and the laws of multiple states.

Based on the foregoing, the United States respectfully submits that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by Section 3161. The United States suggests that the interests of justice require additional time beyond that set out in Title 18, United States Code, Sections 3161(b)(1)(D) and (H) to conclude the pretrial proceedings in this case and that the ends of justice in taking such additional time to conclude the pretrial proceedings outweigh the best interest of the public and the defendants in a speedy trial.

The Government has consulted with counsel for defendants Clemon and Maxwell, who do not oppose this request for complex case designation. The other defendants have not yet appeared in this district on these charges.

WHEREFORE, the United States of America respectfully requests that this Court designate this matter a complex case pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii).

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

 s/Conor Mulroe
CONOR MULROE
Dept. of Justice Trial Attorney
1301 New York Ave. NW, Suite 700
Washington, DC 20005
(202) 330-1788
Conor.Mulroe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cr-30003-DWD |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK SMITH et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, I electronically filed the **UNITED STATES OF AMERICA'S MOTION FOR DESIGNATION OF MATTER AS A COMPLEX CASE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel R. Schattnik
Unsell Schattnik & Phillips PC
3 South 6th Street
Wood River, IL 62095

and

Paul E. Sims
Sims & Bailey, L.L.C.
4387 Laclede Avenue
Suite A
St. Louis, MO 63108

STEVEN D. WEINHOEFT
United States Attorney

*s/Conor Mulroe*_____
CONOR MULROE
Dept. of Justice Trial Attorney
1301 New York Ave. NW, Suite 700
Washington, DC 20005
(202) 330-1788
Conor.Mulroe@usdoj.gov