# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    No. 21-CR-30003-DWD |
| FRANK SMITH, | ) ) ) |
|     Defendant. | ) |

## DEFENDANT FRANK SMITH'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY REFERENCING SMITH'S PRETRIAL DETENTION

Defendant Frank Smith ("Smith"), by and through undersigned counsel, respectfully moves this Court to enter an Order prohibiting the Government from eliciting any and all evidence and argument, whether testimonial, documentary, or demonstrative, of any kind whatsoever, with respect to Smith's pretrial detention.

### I.   Background

On January 21, 2021, Smith was charged in an indictment with multiple counts. Specifically, Smith has been charged in Count 1 with a RICO violation wherein it is alleged that a death occurred in violation of 18 U.S.C. §§ 1962(d) and 1963(a); in Count 2 with murder in aid of racketeering in violation of 18 U.S.C. §§ 1959(a)(1) and 2; in Counts 3, 6, 8 and 10 with use of a firearm in relation to a crime of violence in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2; in Count 4 with use of a firearm during and in relation to a crime of violence causing death in violation of 18 U.S.C. §§ 924(j)(1) and 2; and in Counts 5, 7 and 9 with attempted murder in aid of racketeering in violation of 18 U.S.C. §§ 1959(a)(5) and 2. (Doc. 1). Smith has entered a plea of not guilty to all counts.

Smith has been detained in pretrial custody based on an order of detention since March 15, 2021. (Doc. 99).

## II. Evidence that Smith Has Been Detained Pending Trial is Inadmissible Under Federal Rules of Evidence 401, 402, and 403

Any evidence relating in any way to the fact that Smith has been incarcerated awaiting trial has no relevance to any of the elements of the crimes with which he is charged, and therefore it should not be referred to at trial. Under Federal Rule of Evidence 401, evidence is relevant if "(a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action." Irrelevant evidence is inadmissible. Fed. R. Evid. 402.

Whether Smith has remained in federal custody awaiting trial does not tend to make any fact of consequence to this case more or less probable. Accordingly, all references to this fact should be barred from trial.

Furthermore, evidence that Smith is in custody is inherently prejudicial and negates the presumption of innocence. As such, it should be barred by Federal Rule of Evidence 403. Federal Rule of Evidence 403 provides that the "Court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." *See United States v. Lupino*, 301 F.3d 642, 646 (8th Cir. 2002) ("'Unfair prejudice'…means an undue tendency to suggest decision on an improper basis, commonly, though not necessarily, an emotional one"); *see also United States v. Cody*, 114 F.3d 772, 777-78 (8th Cir. 1997) (finding trial court properly excluded evidence which would "confuse and mislead the jury").

Because Smith's pretrial incarceration is irrelevant and unfairly prejudicial, Smith respectfully requests that this Court grant this Motion.

### III.     Conclusion

Based on the foregoing, Smith respectfully requests that this Court grant this motion, precluding the Government from eliciting evidence or testimony referencing Smith's pretrial detention, and for such other and further relief as is just and equitable in this matter.

Respectfully submitted,

**Margulis Gelfand, LLC**

*/s/ William S. Margulis*
WILLIAM S. MARGULIS, #6205728
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
bill@margulisgelfand.com

--    *and*    --

*/s/ Michael S. Ghidina* (with consent)
Michael S. Ghidina, #35769, #IL6183481
The Midvale Building
112 South Hanley Road, 2nd Floor
St. Louis, Missouri 63105-3418
(314) 726-6106
(314) 863-3821 (Fax)
msghidina@aol.com

*Counsel for Defendant Smith*

**Certificate of Service**

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

*/s/ William S. Margulis*
WILLIAM S. MARGULIS, #6205728
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
bill@margulisgelfand.com
***Co-Counsel for Defendant***