IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-CR-30003-DWD |
| ) | |
| FRANK SMITH, ) | |
| WARREN GRIFFIN, ) | |
| ANTHONY DOBBINS, ) | |
| SEAN CLEMON, ) | |
| DOMINIQUE MAXWELL, ) | |
| PERRY HARRIS, and ) | |
| BARRY BOYCE, ) | |
| ) | |
| Defendants. ) | |

### ORDER REGARDING ORAL ARGUMENT
### AS TO PRETRIAL MOTIONS FILED BY BARRY BOYCE

#### BACKGROUND

The Court has set aside the week of November 14, 2022, for oral argument on pretrial motions. The undersigned intends to set aside a day (or days) in which the Court will hold oral argument on motions which require the presence of the defendants, and the remaining days will be reserved for oral argument on motions which do *not* require the presence of the defendants (attorneys-only argument). *See* Fed. R. Crim. P. 43(a) (discussing when a defendant's presence is required); Fed. R. Crim. P. 43(b)(3) (defendant's presence is not required "[a]t a conference or argument upon a question of law."); *U.S. v. Bishawi,* 272 F.3d 458, 462 (7th Cir. 2001) (the constitutional right to presence "exists where there is a reasonably substantial relation to the fullness of opportunity to defend against a charge and to the extent that a fair and just hearing would be thwarted

1

by the defendant's absence."); *United States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988) ("an accused person has a right to be present at every critical stage of a criminal proceeding against him" and "a pretrial suppression hearing is a critical stage.").

To assist the Court in evaluating each motion, the Court directed the parties to file a notice of oral argument on or before November 4, 2022. The notice directed the parties to list all pending motions and to affirmatively state whether oral argument is or is not being requested as to each pending motion. Further, as to any motion for which oral argument is being requested, the parties were directed to specify whether the motion (1) involves only argument on a question of law or (2) involves consideration of fact issues, and if so, whether any witnesses will be called to testify. Defendant Barry Boyce filed his notice on September 15, 2022 (Doc. 472).

## DISCUSSION

Boyce presently has one pretrial motion pending:  Motion to Dismiss for Improper Venue (Doc. 456). In his notice, Boyce indicates that he is requesting oral argument as to the Motion to Dismiss for Improper Venue (Doc. 456). Boyce also indicates that this motion only requires argument on questions of law. Having reviewed the subject motion and Boyce's notice regarding the same, and considering the applicable authority, the Court **ORDERS** as follows:

The Motion to Dismiss for Improper Venue (Doc. 456) will only involve argument on a question of law. Neither Boyce, nor any co-defendant, must be present when this motion is presented to the court. Accordingly, the Court will set this motion for oral

<u>argument the week of November 14, 2022, on a day reserved for attorneys-only argument</u>.

The Court will provide additional information regarding the date and time this motion will be heard in a separate order.

**IT IS SO ORDERED.**

Dated: November 2, 2022

*s/David W. Dugan*
DAVID W. DUGAN
United States District Judge
