IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-CR-30003-DWD |
| | ) | |
| FRANK SMITH, | ) | |
| WARREN GRIFFIN, | ) | |
| ANTHONY DOBBINS, | ) | |
| SEAN CLEMON, | ) | |
| DOMINIQUE MAXWELL, | ) | |
| PERRY HARRIS, and | ) | |
| BARRY BOYCE, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER REGARDING ORAL ARGUMENT
### AS TO PRETRIAL MOTIONS FILED BY SEAN CLEMON

#### BACKGROUND

The Court has set aside the week of November 14, 2022, for oral argument on pretrial motions. The undersigned intends to set aside a day (or days) in which the Court will hold oral argument on motions which require the presence of the defendants, and the remaining days will be reserved for oral argument on motions which do *not* require the presence of the defendants (attorneys-only argument). *See* Fed. R. Crim. P. 43(a) (discussing when a defendant's presence is required); Fed. R. Crim. P. 43(b)(3) (defendant's presence is not required "[a]t a conference or argument upon a question of law."); *U.S. v. Bishawi,* 272 F.3d 458, 462 (7th Cir. 2001) (the constitutional right to presence "exists where there is a reasonably substantial relation to the fullness of opportunity to defend against a charge and to the extent that a fair and just hearing would be thwarted

1

by the defendant's absence."); *United States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988) ("an accused person has a right to be present at every critical stage of a criminal proceeding against him" and "a pretrial suppression hearing is a critical stage.").

To assist the Court in evaluating each motion, the Court directed the parties to file a notice of oral argument on or before November 4, 2022. The notice directed the parties to list all pending motions and to affirmatively state whether oral argument is or is not being requested as to each pending motion. Further, as to any motion for which oral argument is being requested, the parties were directed to specify whether the motion (1) involves only argument on a question of law or (2) involves consideration of fact issues, and if so, whether any witnesses will be called to testify. Defendant Sean Clemon filed his notice on October 6, 2022 (Doc. 512).[1]

## DISCUSSION

Clemon presently has four pretrial motions pending:[2]

1. Motion to Suppress Electronic Surveillance (Doc. 390);
2. Motion for a Written Proffer and Pre-Trial Determination of Admissibility (Doc. 391);
3. Motion to Strike Surplusage (Doc. 393); and
4. Motion to Suppress Statement (Doc. 428).

---

[1] The notice filed by Clemon on October 6, 2022, is a second amended notice. Clemon indicates that the amended notice supersedes his earlier filed notice (Docs. 438, 473, 512).
[2] This does not include Clemon's motion in limine (Doc. 550). The Court will enter a separate order addressing oral argument as to all pending motions in limine.

In his notice, Clemon indicates that:

1. He is not requesting oral argument as the Motion for a Written Proffer and Pre-Trial Determination of Admissibility (Doc. 391);

2. He is requesting oral argument as to the Motion to Suppress Electronic Surveillance (Doc. 390), the Motion to Strike Surplusage (Doc. 393), and the Motion to Suppress Statement (Doc. 428);

3. The Motion to Strike Surplusage (Doc. 393) will only involve argument on questions of law; and

4. The Motion to Suppress Electronic Surveillance (Doc. 390) and the Motion to Suppress Statement (Doc. 428) will require consideration of fact issues.

Having reviewed the subject motions and Clemon's notice regarding the same, and considering the applicable authority, the Court **ORDERS** as follows:

### *Oral Argument – Defendants Present*

The following motions will be set for oral argument the week of November 14, 2022, at a date and time when Defendants are present:

1. **Motion to Suppress Electronic Surveillance (Doc. 390)** and
2. **Motion to Suppress Statement (Doc. 428)**.

### *Oral Argument – Attorneys Only*

The **Motion to Strike Surplusage (Doc. 393)** will only involve argument on a question of law. Neither Clemon, nor any co-defendant, must be present when this motion is presented to the Court. The Court will set this motion for oral argument the week of November 14, 2022, on a day reserved for attorneys-only argument:

### *No Oral Argument*

The **Motion for a Written Proffer and Pre-Trial Determination of Admissibility (Doc. 391)** will *not* be set for oral argument.

The Court will provide additional information regarding the date and time the specified motions will be heard in a separate order.

**IT IS SO ORDERED.**

Dated: November 2, 2022

*s/David W. Dugan*
DAVID W. DUGAN
United States District Judge

4