IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-CR-30003-DWD |
| ) | |
| FRANK SMITH, ) | |
| WARREN GRIFFIN, ) | |
| ANTHONY DOBBINS, ) | |
| SEAN CLEMON, ) | |
| DOMINIQUE MAXWELL, ) | |
| PERRY HARRIS, and ) | |
| BARRY BOYCE, ) | |
| ) | |
| Defendants. ) | |

ORDER REGARDING ORAL ARGUMENT
AS TO PRETRIAL MOTIONS FILED BY ANTHONY DOBBINS

BACKGROUND

The Court has set aside the week of November 14, 2022, for oral argument on pretrial motions. The undersigned intends to set aside a day (or days) in which the Court will hold oral argument on motions which require the presence of the defendants, and the remaining days will be reserved for oral argument on motions which do *not* require the presence of the defendants (attorneys-only argument). *See* Fed. R. Crim. P. 43(a) (discussing when a defendant's presence is required); Fed. R. Crim. P. 43(b)(3) (defendant's presence is not required "[a]t a conference or argument upon a question of law."); *U.S. v. Bishawi*, 272 F.3d 458, 462 (7th Cir. 2001) (the constitutional right to presence "exists where there is a reasonably substantial relation to the fullness of opportunity to defend against a charge and to the extent that a fair and just hearing would be thwarted

1

by the defendant's absence."); *United States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988) ("an accused person has a right to be present at every critical stage of a criminal proceeding against him" and "a pretrial suppression hearing is a critical stage.").

To assist the Court in evaluating each motion, the Court directed the parties to file a notice of oral argument on or before November 4, 2022. The notice directed the parties to list all pending motions and to affirmatively state whether oral argument is or is not being requested as to each pending motion. Further, as to any motion for which oral argument is being requested, the parties were directed to specify whether the motion (1) involves only argument on a question of law or (2) involves consideration of fact issues, and if so, whether any witnesses will be called to testify. Defendant Anthony Dobbins filed a notice on September 28, 2022 (Doc. 490) and on October 23, 2022 (Doc. 551).

## DISCUSSION

Dobbins presently has two pretrial motions pending:

1. Motion to Exclude Expert Testimony (Doc. 398); and
2. Motion to Suppress Search Warrants (Doc. 494).

In his notice, Dobbins indicates that he is requesting oral argument as to both motions, and that both motions will require consideration of fact issues. Dobbins further indicates that, as to his Motion to Suppress Search Warrants (Doc. 394), he intends to call two witnesses: (1) Rob Honnett, Special Agent with the DEA and (2) Chad Uhl, Deputy Marshal with the United States Marshal Service.

Having reviewed the subject motions and Dobbins's notice regarding the same, and considering the applicable authority, the Court **ORDERS** as follows:

*Oral Argument – Defendants Present:*

The following motions will be set for oral argument the week of November 14, 2022, at a date and time when Defendants are present:[1]

1. Motion to Exclude Expert Testimony (Doc. 398); and
2. Motion to Suppress Search Warrants (Doc. 494).

The Court will provide additional information regarding the date and time these motions will be heard in a separate order.

**IT IS SO ORDERED.**

Dated: November 2, 2022

s/David W. Dugan
DAVID W. DUGAN
United States District Judge

---

[1] Dobbins will appear at the motion hearings via video teleconferencing. *See* Docs. 497 and 508.