IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-CR-30003-DWD |
| | ) | |
| FRANK SMITH, | ) | |
| WARREN GRIFFIN, | ) | |
| ANTHONY DOBBINS, | ) | |
| SEAN CLEMON, | ) | |
| DOMINIQUE MAXWELL, | ) | |
| PERRY HARRIS, and | ) | |
| BARRY BOYCE, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER REGARDING ORAL ARGUMENT
### AS TO PRETRIAL MOTIONS FILED BY DOMINIQUE MAXWELL

#### BACKGROUND

The Court has set aside the week of November 14, 2022, for oral argument on pretrial motions. The undersigned intends to set aside a day (or days) in which the Court will hold oral argument on motions which require the presence of the defendants, and the remaining days will be reserved for oral argument on motions which do *not* require the presence of the defendants (attorneys-only argument). *See* Fed. R. Crim. P. 43(a) (discussing when a defendant's presence is required); Fed. R. Crim. P. 43(b)(3) (defendant's presence is not required "[a]t a conference or argument upon a question of law."); *U.S. v. Bishawi,* 272 F.3d 458, 462 (7th Cir. 2001) (the constitutional right to presence "exists where there is a reasonably substantial relation to the fullness of opportunity to defend against a charge and to the extent that a fair and just hearing would be thwarted

1

by the defendant's absence."); *United States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988) ("an accused person has a right to be present at every critical stage of a criminal proceeding against him" and "a pretrial suppression hearing is a critical stage.").

To assist the Court in evaluating each motion, the Court directed the parties to file a notice of oral argument on or before November 4, 2022. The notice directed the parties to list all pending motions and to affirmatively state whether oral argument is or is not being requested as to each pending motion. Further, as to any motion for which oral argument is being requested, the parties were directed to specify whether the motion (1) involves only argument on a question of law or (2) involves consideration of fact issues, and if so, whether any witnesses will be called to testify. Defendant Dominique Maxwell filed his notice on September 15, 2022 (Doc. 474).

## DISCUSSION

Maxwell presently has three pretrial motions pending:

1. Motion to Suppress Electronic Surveillance (Doc. 390);[1]
2. Motion to Suppress Items Seized (Doc. 447); and
3. Motion for Discovery and Inspection (Doc. 506).

In his notice, Maxwell indicates he is requesting oral argument as to the Motion to Suppress Items Seized (Doc. 447), which will require consideration of fact issues. Maxwell does not address the Motion to Suppress Electronic Surveillance (Doc. 390) or the Motion for Discovery and Inspection (Doc. 506). Having reviewed that Motion and Maxwell's

---

[1] This motion was filed by Sean Clemon on behalf of himself, Frank Smith, and Dominique Maxwell.

notice regarding the same, and considering the applicable authority, the Court **ORDERS** as follows:

### *Oral Argument – Defendants Present*

Maxwell's **Motion to Suppress Items Seized (Doc. 447)** will be set for oral argument the week of November 14, 2022, at a date and time when Defendants are present.

### *No Oral Argument*

Maxwell does not address his **Motion for Discovery and Inspection (Doc. 506)**. The Court presumes that Maxwell is *not* requesting oral argument on this motion. As such, this motion will *not* be set for oral argument.

### *Suppression Motion Filed by Co-Defendant Clemon*

Maxwell's notice does not address the **suppression motion filed by Co-Defendant Sean Clemon (Doc. 390)**, purportedly on behalf of Clemon, Smith, and Maxwell. The Court presumes that Maxwell is *not* requesting oral argument on this motion. This motion, however, will be set for oral argument on a date when Defendants are present based on the information contained in Clemon's notice as to oral argument.

The Court will provide additional information regarding the date and time the specified motions will be heard in a separate order.

**IT IS SO ORDERED.**

Dated: November 2, 2022

*s/David W. Dugan*
DAVID W. DUGAN
United States District Judge