# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

## EXHIBIT LIST

| USA v. FRANK SMITH, ET AL |
|---|
| 3:21-CR-30003-DWD |

| PRESIDING JUDGE:<br>David W. Dugan | GOVERNMENT ATTORNEYS:<br>Jeremy Franker<br>Alexander Gottfried<br>Christopher Usher | DEFENSE ATTORNEYS:<br>Michael Ghidina, William Margulis (Def. Smith)<br>Kim Freter, David Bruns (Def. Griffin)<br>Daniel Schattnik, John Stobbs II (Def. Clemon)<br>Bobby Bailey, Paul Sims (Def. Maxwell) |
| TRIAL DATE:<br>January 23, 2023 | COURT REPORTERS:<br>Erikia Schuster<br>Stephanie Rennegarbe | COURTROOM DEPUTYS:<br>Dana Winkeler<br>Deana Brinkley<br>Lisa Tidwell |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 1 | | | | | | 12/28/09 - Letter from Dobbins to Ramone Williams |
| 2 | | | | | 1/31/2023 | 5/10/10 - Letter from Griffin to Dobbins |
| 3 | | | | | 1/31/2023 | 5/25/10 - Letter from Dobbins to Griffin |
| 4 | | | | | 1/31/2023 | 5/27/10 - Letter from Dobbins to Ramone Williams |
| 5 | | | | | | June 2011 - Letter from Dobbins to Ramone Williams |
| 6 | | | | | 1/31/2023 | 7/6/11: Rejected Letter from Dobbins to Griffin |
| 7 | | | | | 1/31/2023 | 10/23/14: Letter from Dobbins to Griffin |
| 8 | | | | | 1/31/2023 | 1/14/15: Letter from Dobbins to Johnny Jackson |
| 9 | | | | | 1/31/2023 | 1/27/15: Letter from Dobbins to Griffin |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 10 | | | | | 1/31/2023 | 2/18/15: Letter from Dobbins to Ramone Williams |
| 11 | | | | | 1/31/2023 | 6/1/15: Letter from Griffin to Dobbins |
| 12 | | | | | 1/31/2023 | 8/9/15: Letter from Ramone Williams to Dobbins |
| 13 | | | | | 1/31/2023 | 8/13/15: Letter from Griffin to Dobbins |
| 14 | | | | | 1/31/2023 | 3/24/16: Letter from Dobbins to Griffin |
| 15 | | | | | 1/31/2023 | 4/10/16: Letter from Dobbins to Griffin |
| 16 | | | | | 1/31/2023 | 8/30/16: Letter from Dobbins to Griffin |
| 17 | | | | | 1/31/2023 | 4/20/17: Letter from Dobbins to Griffin |
| 18 | | | | | 1/31/2023 | 9/1/14: Jail call from Dobbins to Griffin |
| 18-T | | | | | | Transcript |
| 19 | | | | | 1/31/2023 | 10/11/14: Jail call from Dobbins to Griffin |
| 19-T | | | | | | Transcript |
| 20 | | | | | 1/31/2023 | 11/1/14: Jail call from Dobbins to Griffin |
| 20-T | | | | | | Transcript |
| 21 | | | | | 1/31/2023 | 11/8/14: Jail call from Dobbins to Griffin |
| 22 | | | | | 1/31/2023 | 11/15/14: Jail call from Dobbins to Griffin |
| 23 | | | | | 1/31/2023 | 12/6/14: Jail call from Dobbins to Griffin |
| 23-T | | | | | | Transcript |
| 24 | | | | | 1/31/2023 | 12/17/14: Jail call from Dobbins to Griffin |
| 25 | | | | | 1/31/2023 | 1/3/15: Jail call from Dobbins to Griffin |
| 26 | | | | | 1/31/2023 | 1/7/15: Jail call from Dobbins to Griffin |
| 27 | | | | | 1/31/2023 | 2/7/15: Jail call from Dobbins to Griffin |
| 28 | | | | | 2/1/2023 | 9/12/15: Jail Call Griffin and inmate Calvin C. Montgomery |
| 28-T | | | | | | Transcript |
| 29 | | | | | 1/31/2023 | 3/24/16: Jail Call from Dobbins to Griffin |
| 29-T | | | | | | Transcript |
| 30 | | | | | 1/31/2023 | 8/30/16: Jail call from Dobbins to Griffin |
| 31 | | | | | 1/31/2023 | 1/5/17: Jail call from Dobbins to Griffin |
| 31-T | | | | | | Transcript |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 32 | | | | | | Griffin Recordings with FBI CI |
| 33 | | | | | 2/21/2023 | Recorded Gangster Disciple Meeting – May 30, 2018 |
| 33-T | | | | | | Transcript |
| 34 | | | | | 2/21/2023 | Recorded Gangster Disciple Meeting – October 21, 2018 |
| 34-T | | | | | | Transcript |
| 35 | | | | | 2/21/2023 | Recorded Gangster Disciple Meeting – November 18, 2018 |
| 35-T | | | | | | Transcript |
| 36 | | | | | 2/21/2023 | Recorded Gangster Disciple Meeting – December 16, 2018 |
| 36-T | | | | | | Transcript |
| 37 | | | | | 2/21/2023 | 4/6/19 - Recorded Gangster Disciple Meeting - Clemon |
| 37-T | | | | | | Transcript - Clemon |
| 38 | | | | | 2/7/2023 | 1/26/19 Recorded Wire Call - Wheeler and Fred Little |
| 38-T | | | | | | Transcript |
| 39 | | | | | 2/7/2023 | 2/11/19 Recorded Wire Call - Wheeler and "Manano" |
| 39-T | | | | | | Transcript |
| 40 | | | | | 2/7/2023 | 2/15/19 Recorded Wire Call - Wheeler and Charles Spears |
| 40-T | | | | | | Transcript |
| 41 | | | | | 2/7/2023 | 2/22/19 Recorded Wire Call - Wheeler and "Duke" |
| 41-T | | | | | | Transcript |
| 42 | | | | | 2/7/2023 | 3/3/19 Recorded Wire Call - Wheeler and Stacy Adams |
| 42-T | | | | | | Transcript |
| 43 | | | | | 2/7/2023 | 3/23/19 Recorded Wire Call - Wheeler and Maxwell |
| 43-T | | | | | | Transcript |
| 44 | | | | | 2/7/2023 | 3/23/19 Recorded Wire Call - Wheeler and Eric Chatman |
| 44-T | | | | | | Transcript |
| 45 | | | | | 2/7/2023 | 3/23/19 Recorded Wire Call - Wheeler and Maxwell |
| 45-T | | | | | | Transcript |
| 46 | | | | | 2/7/2023 | 3/25/19 Recorded Wire Call - Wheeler and Maxwell |
| 46-T | | | | | | Transcript |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 47 | | | | | 2/22/2023 | 2/7/20 Recorded Wire Call - Maxwell and UM4274 |
| 47-T | | | | | | Transcript |
| 48 | | | | | 2/23/2023 | 2/9/20 Recorded Wire Call - Maxwell and Inmate "C" |
| 48-T | | | | | | Transcript |
| 49 | | | | | 2/22/2023 | 1/28/20 Recorded Wire Call - Maxwell and Clemon |
| 49-T | | | | | | Transcript |
| 50 | | | | | 2/22/2023 | 1/29/20 Recorded Wire Call - Maxwell and Clemon |
| 50-T | | | | | | Transcript |
| 51 | | | | | 2/22/2023 | 2/1/20 Recorded Wire Call - Maxwell and Clemon |
| 51-T | | | | | | Transcript |
| 52 | | | | | 2/22/2023 | 2/5/20 Recorded Wire Call - Maxwell and Clemon |
| 52-T | | | | | | Transcript |
| 53 | | | | | 2/23/2023 | 2/9/20 Recorded Wire Call -Maxwell and Clemon |
| 53-T | | | | | | Transcript |
| 54 | | | | | 2/23/2023 | 2/9/20 Recorded Wire Call - Maxwell and Perry Harris |
| 54-T | | | | | | Transcript |
| 55 | | | | | 2/23/2023 | 2/9/20 Recorded Wire Call -Maxwell and Clemon |
| 55-T | | | | | | Transcript |
| 56 | | | | | 2/28/2023 | 2/9/20 Recorded Wire Call -Maxwell and Clemon |
| 56-T | | | | | | Transcript |
| 57 | | | | | 2/23/2023 | 2/9/20 Recorded Wire Call - Maxwell and Smith |
| 57-T | | | | | | Transcript |
| 58 | | | | | 2/28/2023 | 2/10/20 Recorded Wire Call -Maxwell and Clemon |
| 58-T | | | | | | Transcript |
| 59 | | | | | 2/23/2023 | 2/11/20 Recorded Wire Call - Maxwell and CI-17753 |
| 59-T | | | | | | Transcript |
| 60 | | | | | | 2/14/20 Recorded Wire Call - Maxwell and Merle Streate |
| 60-T | | | | | | Transcript |
| 61 | | | | | | 2/14/20 Recorded Wire Call- Maxwell and Frank Smith |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 61-T | | | | | | Transcript |
| 62 | | | | | | 2/14/20 Recorded Wire Call - Maxwell and Frank Smith |
| 62-T | | | | | | Transcript |
| 63 | | | | | 2/23/2023 | 2/20/20 Recorded Wire Call - Maxwell and Merle Streat |
| 63-T | | | | | | Transcript |
| 64 | | | | | 2/28/2023 | 2/24/20 Recorded Wire Call - Maxwell and Clemon |
| 64-T | | | | | | Transcript |
| 65 | | | | | 2/28/2023 | 2/25/20 Recorded Wire Call - Maxwell and Clemon |
| 65-T | | | | | | Transcript |
| 66 | | | | | 2/7/2023 | 5/1/20 Recorded Wire Call - Smith and Charles Spears |
| 66-T | | | | | | Transcript |
| 67 | | | | | 2/7/2023 | 5/2/20 Recorded Wire Call - Smith and "Flocko" |
| 67-T | | | | | | Transcript |
| 68 | | | | | 2/7/2023 | 5/2/20 Recorded Wire Call - Smith and "Duke" |
| 68-T | | | | | | Transcript |
| 69 | | | | | 2/7/2023 | 5/2/20 Recorded Wire Call - Smith and "Ghetto" |
| 69-T | | | | | | Transcript |
| 70 | | | | | 2/7/2023 | 5/3/20 Recorded Wire Call - Smith and "Ghetto" |
| 70-T | | | | | | Transcript |
| 71 | | | | | 2/7/2023 | 5/3/20 Recorded Wire Call - Smith and "Flocko" |
| 71-T | | | | | | Transcript |
| 72 | | | | | 2/7/2023 | 5/5/20 Recorded Wire Call - Smith and "Damien" |
| 72-T | | | | | | Transcript |
| 73 | | | | | 2/7/2023 | 5/5/20 Recorded Wire Call - Smith and "Ghetto" |
| 73-T | | | | | | Transcript |
| 74 | | | | | 2/7/2023 | 5/9/20 Recorded Wire Call - Smith and "Ghetto" |
| 74-T | | | | | | Transcript |
| 75 | | | | | 2/7/2023 | 5/9/20 Recorded Wire Call - Smith and Multiple Parties |
| 75-T | | | | | | Transcript |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 76 | | | | | 2/7/2023 | 5/11/20 Recorded Wire Call - Smith and "Ghetto" |
| 76-T | | | | | | Transcript |
| 77 | | | | | 2/7/2023 | 5/12/20 Recorded Wire Call -Smith and "Flocko" |
| 77-T | | | | | | Transcript |
| 78 | | | | | 2/7/2023 | 5/16/20 Recorded Wire Call - Smith and "Flocko" |
| 78-T | | | | | | Transcript |
| 79 | | | | | 2/7/2023 | 5/16/20 Recorded Wire Call - Smith and new "AZ Governor" |
| 79-T | | | | | | Transcript |
| 80 | | | | | 2/7/2023 | 5/19/20 Recorded Wire Call - Smith and James Doty |
| 80-T | | | | | | Transcript |
| 81 | | | | | 2/7/2023 | 5/21/20 Recorded Wire Call - Smith and Maxwell |
| 81-T | | | | | | Transcript |
| 82 | | | | | 2/7/2023 | 5/21/20 Recorded Wire Call - Smith and Jermaine Evans |
| 82-T | | | | | | Transcript |
| 83 | | | | | 2/7/2023 | 5/22/20 Recorded Wire Call - Smith and Jermaine Evans |
| 83-T | | | | | | Transcript |
| 84 | | | | | 2/7/2023 | 5/22/20 Recorded Wire Call - Smith and Maurice Simpkins |
| 84-T | | | | | | Transcript |
| 85 | | | | | 2/7/2023 | 5/22/20 Recorded Wire Call - Smith and Jermaine Evans |
| 85-T | | | | | | Transcript |
| 86 | | | | | 2/7/2023 | 5/22/20 Recorded Wire Call - Smith and Maurice Simpkins |
| 86-T | | | | | | Transcript |
| 87 | | | | | 2/7/2023 | 5/22/20 Recorded Wire Call - Smith and Multiple Parties |
| 87-T | | | | | | Transcript |
| 88 | | | | | 2/7/2023 | 5/22/20 Recorded Wire Call - Smith and Maurice Simpkins |
| 88-T | | | | | | Transcript |
| 89 | | | | | 2/7/2023 | 5/22/20 Recorded Wire Call - Smith and Jermaine Evans |
| 89-T | | | | | | Transcript |
| 90 | | | | | 2/7/2023 | 5/22/20 Recorded Wire Call - Smith and Glen Jackson |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 90-T | | | | | | Transcript |
| 91 | | | | | 2/7/2023 | 5/23/20 Recorded Wire Call - Smith and Jermaine Evans |
| 91-T | | | | | | Transcript |
| 92 | | | | | 2/7/2023 | 5/25/20 Recorded Wire Call - Smith and Glen Jackson |
| 92-T | | | | | | Transcript |
| 93 | | | | | 2/7/2023 | 5/25/20 Recorded Wire Call -Smith and UM9148 |
| 93-T | | | | | | Transcript |
| 94 | | | | | 2/7/2023 | 5/29/20 Recorded Wire Call - Smith and "TSE Trucking/Black Blk" |
| 94-T | | | | | | Transcript |
| 95 | | | | | 2/7/2023 | 6/12/20 Recorded Wire Call - Smith and "Flocko" |
| 95-T | | | | | | Transcript |
| 96 | | | | | 2/7/2023 | 6/18/20 Recorded Text Messages - Smith and UP6108 |
| 97 | | | | | 2/7/2023 | 6/18/20 Recorded Wire Call - Smith and Maxwell |
| 97-T | | | | | | Transcript |
| 98 | | | | | 2/7/2023 | 6/22/20 Recorded Wire Call -Smith and Glen Jackson |
| 98-T | | | | | | Transcript |
| 99 | | | | | 2/7/2023 | 6/22/20 Recorded Wire Call - Smith and Maxwell |
| 99-T | | | | | | Transcript |
| 100 | | | | | 2/7/2023 | 6/22/20 Recorded Wire Call - Smith and Maxwell |
| 100-T | | | | | | Transcript |
| 101 | | | | | 2/7/2023 | 6/22/20 Recorded Wire Call - Smith and Clemon |
| 101-T | | | | | | Transcript |
| 102 | | | | | 2/7/2023 | 6/28/20 Recorded Text Messages - Smith and Tone" |
| 102-T | | | | | | Transcript |
| 103 | | | | | 2/7/2023 | 7/6/20 Recorded Wire Call - Smith and James Doty |
| 103-T | | | | | | Transcript |
| 104 | | | | | 2/7/2023 | 7/7/20 Recorded Wire Call - Smith and Glen Jackson |
| 104-T | | | | | | Transcript |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 105 | | | | | 2/7/2023 | 7/8/20 Recorded Wire Call - Smith and Multiple Parties |
| 105-T | | | | | | Transcript |
| 106 | | | | | 2/7/2023 | 7/9/20 Recorded Wire Call - Smith and James Doty |
| 106-T | | | | | | Transcript |
| 107 | | | | | 2/22/2023 | 11/23/19 Recorded Call with CI-17753, Maxwell, Clemon, and Barry Boyce |
| 107-T | | | | | | Transcript |
| 108 | | | | | | 2/11/20 Recorded Call with CI-17753 and Maxwell |
| 108-T | | | | | | Transcript |
| 109 | | | | | | 3/16/20 Recorded Call with CI-17753 and Clemon |
| 109-T | | | | | | Transcript |
| 110 | | | | | 2/22/2023 | 7/31/17 Recorded MDOC Call – Maxwell and Inmate |
| 110-T | | | | | | Transcript |
| 111 | | | | | 2/22/2023 | 8/4/17 Recorded MDOC Call – Maxwell and Inmate |
| 111-T | | | | | | Transcript |
| 112 | | | | | 2/22/2023 | 7/22/18 Recorded MDOC Call – Maxwell and Inmate |
| 112-T | | | | | | Transcript |
| 113 | | | | | 2/22/2023 | 7/30/18 Recorded MDOC Call – Maxwell and Inmate |
| 113-T | | | | | | Transcript |
| 114 | | | | | 2/22/2023 | 8/2/18 Recorded MDOC Call – Maxwell and Inmate |
| 114-T | | | | | | Transcript |
| 115 | | | | | 2/22/2023 | 8/4/18 Recorded MDOC Call – Maxwell and Inmate |
| 115-T | | | | | | Transcript |
| 116 | | | | | 2/22/2023 | 9/7/18 Recorded MDOC Call – Maxwell and Inmate |
| 116-T | | | | | | Transcript |
| 117 | | | | | 2/22/2023 | 9/11/18 Recorded MDOC Call – Maxwell and Inmate |
| 117-T | | | | | | Transcript |
| 118 | | | | | 2/22/2023 | 10/6/18 Recorded MDOC Call – Maxwell and Inmate |
| 118-T | | | | | | Transcript |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 119 | | | | | 2/14/2023 | Video #1 - Matthews Park Entrance - 4/28/18 |
| 120 | | | | | 2/14/2023 | Video #2 - Matthews Park Entrance - 4/28/18 |
| 121 | | | | | 2/14/2023 | Video #3 - Matthews Park Entrance - 4/28/18 |
| 122 | | | | | 2/22/2023 | 11/18/18 Recorded MDOC Call – Cemon Byrd, Eartha McDonald and "Raw Face" and Inmate |
| 122-T | | | | | | Transcript |
| 123 | | | | | | Chats from Griffin Phone Extraction |
| 124 | | | | | 2/22/2023 | 3/24/20 Recorded MDOC Call – Shawn Mahler and Inmate |
| 124-T | | | | | | Transcript |
| 125 | | | | | 2/22/2023 | 4/19/20 Recorded MDOC Call – Maxwell and Inmate |
| 125-T | | | | | | Transcript |
| 126 | | | | | 2/22/2023 | 4/19/20 Recorded MDOC Call – Maxwell and Inmate |
| 126-T | | | | | | Transcript |
| 127 | | | | | 2/21/2023 | 5/1/20 Recorded MDOC Call – Shawn Mahler and Inmate |
| 127-T | | | | | | Transcript |
| 128 | | | | | 2/22/2023 | 4/19/20 Recorded MDOC Call – Maxwell and Inmate |
| 128-T | | | | | | Transcript |
| 129 | | | | | 2/22/2023 | Correspondence from Smith's phone with Warren Griffin |
| 130 | | | | | 2/23/2023 | Correspondence from Smith's phone with Anthony Dobbins |
| 131 | | | | | 2/23/2023 | Correspondence from Smith's phone with Dominque Maxwell |
| 132 | | | | | | Gang-related correspondence from Smith's phone with Dominque Maxwell |
| 133 | | | | | | 12/11/19 Text Message – Frank Smith and "UGK Fredd" |
| 134 | | | | | | 9/11/16 Facebook Message from Smith |
| 135 | | | | | | 7/9/19 Text Message – Frank Smith and "Ant Boone" |
| 136 | | | | | 2/8/2023 | (Physical) - Firearm – Glock, Model 19, 9mm pistol, with obliterated serial number |
| 137 | | | | | 2/8/2023 | (Physical) - Ammunition |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 138 | | | | | 2/8/2023 | (Physical) - Firearm – Colt, Model Python, .357 caliber pistol, SN: E72940 |
| 139 | | | | | 2/8/2023 | (Physical) - Ammunition |
| 140 | | | | | 2/8/2023 | Handwritten history of Gangster Disciples |
| 141 | | | | | 2/8/2023 | List of incarcerated GD board members, leaders, instructions for sending them money |
| 142 | | | | | 2/8/2023 | "602 Forms" |
| 143 | | | | | 2/8/2023 | Descriptions of each Position of Authority |
| 144 | | | | | 2/8/2023 | Copies of the "Seventeen Laws" |
| 145 | | | | | 2/8/2023 | Pictorial explanation of "Six-Point Stance" |
| 146 | | | | | 2/8/2023 | Blank "Incident Report Form" |
| 147 | | | | | 2/8/2023 | List of incriminating "words to be removed from the organization's vocabulary" |
| 148 | | | | | 2/8/2023 | Key of "old" and "new" leadership titles |
| 149 | | | | | 2/8/2023 | GD paperwork for the "State of Wisconsin" |
| 150 | | | | | 2/8/2023 | GD handbook for "Security" |
| 151 | | | | | 1/31/2023 | BOP reports from ADX-Florence showing Griffin putting money on Dobbins' books |
| 152 | | | | | 1/31/2023 | Photos from Christina Smith to Larry Hoover |
| 153 | | | | | 2/1/2023 | Ernest Wilson Crime Scene Photos |
| 154 | | | | | 2/6/2023 | Ernest Wilson Autopsy Photos |
| 155 | | | | | 2/1/2023 | Video from 7159 S Euclid: Camera 1 |
| 156 | | | | | 2/1/2023 | Video from 7159 S Euclid: Camera 5 |
| 157 | | | | | 2/2/2023 | Vivint Camera Video from M. Dyson |
| 158 | | | | | 2/1/2023 | (Physical) - Glove found at 7159 S. Euclid Chicago, IL |
| 159 | | | | | 2/1/2023 | (Physical) - Live .22 round found at crime scene |
| 160 | | | | | 2/2/2023 | St. Elizabeth's hospital patient encounter form |
| 161 | | | | | 2/2/2023 | Driver's license copy provided by Dobbins at hospital |
| 162 | | | | | 2/2/2023 | Surveillance photos showing Escalade at St. Elizabeth's |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 163 | | | | | 2/2/2023 | Photos of Dobbins' Escalade running tollbooths near Chicago |
| 164 | | | | | | Google Maps showing driving directions between East St. Louis and Chicago |
| 165 | | | | | 2/6/2023 | (Physical) - Historical cell-site data – Dobbins |
| 166 | | | | | 2/6/2023 | (Physical) - Historical cell-site data – Griffin |
| 167 | | | | | | Intentionally Omitted |
| 168 | | | | | 2/6/2023 | CAST Power Point for Special Agent Catey |
| 169 | | | | | | DNA report showing Griffin matched DNA on glove |
| 170 | | | | | 2/2/2023 | Griffin arrest photos |
| 171 | | | | | 2/2/2023 | (Physical) - Fake IDs possessed by Griffin during arrest – ISP #10 |
| 172 | | | | | 2/2/2023 | (Physical) - Correspondence with Larry Hoover found during Griffin arrest |
| 173 | | | | | 2/2/2023 | (Physical) - Ruger LCP .380 with ammunition found during Griffin arrest |
| 174 | | | | | 2/2/2023 | (Physical) - Live .22 round found during Griffin arrest |
| 175 | | | | | 2/2/2023 | (Physical) - Marijuana found during Griffin arrest |
| 176 | | | | | 2/2/2023 | (Physical) – Griffin phones found during arrest – ISP#22 |
| 177 | | | | | 2/2/2023 | Photos from Dobbins arrest/search |
| 178 | | | | | | (Physical) - Ammo found during Dobbins arrest |
| 179 | | | | | 2/2/2023 | (Physical) – Drugs found during Dobbin's arrest – House – ISP#13 |
| 180 | | | | | | (Physical) - GD correspondence found during Dobbins arrest |
| 181 | | | | | | Dobbins arrest video – initial (clips) |
| 182 | | | | | | Dobbins arrest video – Smokey (clips) |
| 183 | | | | | 2/2/2023 | (Physical) - Dobbins phone |
| 184 | | | | | 2/6/2023 | (Physical) - Dobbins extraction summary report |
| 185 | | | | | 2/6/2023 | May 2018 Text Messages Between Griffin, Dobbins, and D-Row |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 186 | | | | | 2/6/2023 | May 2018 Text Messages Between Griffin and Dobbins |
| 187 | | | | | 2/22/2023 | 9/29/18 Recorded MDOC call – Maxwell and Inmate |
| 187-T | | | | | | Transcript |
| 188 | | | | | 2/6/2023 | Chicago Sun Times article |
| 189 | | | | | | You Tube Video |
| 190 | | | | | 2/6/2023 | Griffin Text Messages |
| 191 | | | | | 2/6/2023 | Griffin Phone Extraction Result Summary |
| 192 | | | | | | (Physical) - Motorola Radio/Electronic devices recovered from Matthews Park in Bridgeton, MO |
| 193 | | | | | 2/21/2023 | (Physical) - Walkie talkies recovered from Matthews Park |
| 194 | | | | | 2/15/2023 | (Physical) - Paperwork from Deshawn Wharton's Dodge Durango |
| 195 | | | | | | (Physical) - Consent to search cell phones from DeShawn Wharton |
| 196 | | | | | | (Physical) - Cell phone belonging to Antione Davis |
| 197 | | | | | | (Physical) - Consent to search cell phone from Antione Davis |
| 198 | | | | | | (Physical) - Cellular Phone seized from Matthews Park - Deshawn Wharton |
| 199 | | | | | 2/15/2023 | Surveillance video from Walmart on April 28, 2018 |
| 200 | | | | | 2/15/2023 | Surveillance video from Shell Gas station from April 28, 2018 |
| 201 | | | | | 2/15/2023 | Still images from Steak N Shake video on April 28, 2018 |
| 202 | | | | | 2/13/2023 | (Physical) - Bulletproof vest recovered from Matthews Park on April 28, 2018 |
| 203 | | | | | 2/15/2023 | (Physical) - Projectiles recovered from LeRoy Allen's pants and body |
| 204 | | | | | 2/15/2023 | (Physical) - Shell casings recovered from Matthews Park on April 30, 2018 |
| 205 | | | | | 2/15/2023 | (Physical) - Shell casings and projectiles recovered from Matthews Park on April 29, 2018 |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 206 | | | | | 2/21/2023 | (Physical) - Shell casings recovered from Matthews Park on April 28, 2018 |
| 207 | | | | | | Scene diagram of Matthews Park |
| 208 | | | | | | (Physical) - RCCEEG Bridgeton Police Department phone downloads |
| 209 | | | | | 2/15/2023 | (Physical) - Envelope containing .380 shell casings from Cape Girardeau on June 3, 2018 |
| 210 | | | | | 2/23/2023 | (Physical) - Firearm - Cobra Ent., Inc./Kokiak Ind., Model FS380, .380 caliber pistol, SN: FS073348 |
| 211 | | | | | 2/16/2023 | (Physical) - Firearm - Ruger, Model 9E, 9mm pistol, SN: 335-49330 seized from Maxwell's vehicle on November 23, 2019. |
| 212 | | | | | 2/16/2023 | (Physical) - Firearm- Glock Model 26 9mm, SN BEDG545 (QC12 through QC40) seized from Harris's person on November 23, 2019. |
| 213 | | | | | 2/13/2023 | Google Map of Matthews Park |
| 214 | | | | | 2/15/2023 | Pictures from Matthews Park |
| 215 | | | | | 2/13/2023 | Records Extracted from Antoine Davis's Phone |
| 216 | | | | | 2/23/2023 | 4/28/18 Toll Records, Call Records, and Text Messages between Smith and Maxwell |
| 217 | | | | | 2/23/2023 | Text messages between Smith and Griffin |
| 218 | | | | | | 10/2/17 Text message between Smith and "Big T" |
| 219 | | | | | 2/23/2023 | 2/21/18 Text Messages between Smith and "FL Tone" |
| 220 | | | | | 2/23/2023 | 4/3/20 Text Messages between Smith and Edward Allen |
| 221 | | | | | 2/22/2023 | 4/28/18 Recorded MDOC Call – Maxwell and Inmate |
| 221-T | | | | | | Transcript |
| 222 | | | | | | 9/29/18 Recorded MDOC Call – Maxwell and Inmate |
| 222-T | | | | | | Transcript |
| 223 | | | | | 2/14/2023 | 5/1/20 Recorded MDOC Call – Shawn Mahler and Inmate |
| 223-T | | | | | | Transcript |
| 224 | | | | | | 5/1/20 Recorded MDOC Call – Shawn Mahler and Inmate |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 224-T | | | | | | Transcript |
| 225 | | | | 225 | | 11/18/18 Recorded MDOC Call – Eartha McDonald and Inmate |
| 225-T | | | | | | Transcript |
| 226 | | | | | 2/22/2023 | 11/21/19 Recorded MDOC Call – Eartha McDonald, Maxwell and Inmate |
| 226-T | | | | | | Transcript |
| 227 | | | | | | 4/6/19 Recorded Gangster Disciple Meeting – Mahler |
| 228 | | | | | 2/15/2023 | 2/9/20 Bridgeton Police Department Recorded Statement with Clemon |
| 229 | | | | | 2/15/2023 | 2/21/20 Bridgeton Police Department Recorded Statement with Maxwell |
| 230 | | | | | 2/15/2023 | (Physical) - 6/3/18 Surveillance Video of Shooting in Cape Girardeau, MO |
| 231 | | | | | 2/15/2023 | (Physical) - Firearm – Bersa, 9mm pistol, SN: D66793 |
| 232 | | | | | 2/15/2023 | (Physical) - Four (4) 9mm Ammunition Casings |
| 233 | | | | | | (Physical) - One (1) 9mm Ammunition Casing |
| 234 | | | | | | (Physical) - Five (5) .380 Ammunition Casings |
| 235 | | | | | 2/15/2023 | (Physical) - Firearm – Pontiac, .357 revolver, SN: NG7785 |
| 236 | | | | | 2/23/2023 | Text Messages between Smith and Maxwell |
| 237 | | | | | 2/23/2023 | 10/1/18 Recorded MDOC Call – Maxwell and Inmate |
| 237-T | | | | | | Transcript |
| 238 | | | | | 2/23/2023 | 10/4/18 Recorded MDOC Call – Maxwell and Inmate |
| 238-T | | | | | | Transcript |
| 239 | | | | | 2/21/2023 | Video from stabbing incident in East Saint Louis |
| 240 | | | | | | Medical Records from stabbing victim in East Saint Louis incident |
| 241 | | | | | 2/16/2023 | 8/12/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 242 | | | | | 2/16/2023 | 8/12/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 243 | | | | | | 8/13/19 Recorded MDOC Call – Barry Boyce and Inmate |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 244 | | | | | | 8/15/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 245 | | | | | | 8/21/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 246 | | | | | | 8/26/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 247 | | | | | | 8/28/19 Cash App Transfer Record |
| 248 | | | | | 2/16/2023 | 9/13/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 249 | | | | | | 9/17/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 250 | | | | | 2/23/2023 | (Physical) - Controlled Substance – Contraband intercepted at MDOC/SCCC on 9/18/19 (ATF Evidence Item #36) |
| 251 | | | | | | 10/5/19 Recorded MDOC Call – Lemarques Sutton and Inmate |
| 252 | | | | | | 10/6/19 Recorded MDOC Call – Lamarques Sutton and Inmate |
| 253 | | | | | | 10/11/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 254 | | | | | | 10/11/19 Recorded MDOC Call – Lamarques Sutton and Inmate |
| 255 | | | | | | 10/17/19 Recorded MDOC Call – Lamarques Sutton and Inmate |
| 256 | | | | | 2/23/2023 | (Physical) - Controlled Substance - Contraband intercepted at MDOC/MECC on 10/17/19 (ATF Evidence Item #24) |
| 257 | | | | | 2/16/2023 | 10/25/19 Recorded MDOC Call – Maxwell and Inmate |
| 257-T | | | | | | Transcript |
| 258 | | | | | 2/16/2023 | 10/29/19 Recorded MDOC Call – Maxwell and Inmate |
| 258-T | | | | | | Transcript |
| 259 | | | | | | 10/5/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 260 | | | | | | 10/12/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 261 | | | | | | 10/16/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 262 | | | | | | 10/22/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 263 | | | | | 2/23/2023 | (Physical) - Controlled Substance - Contraband intercepted at MDOC/SCCC on 10/23/19 (ATF Evidence Item #37) |
| 264 | | | | | 2/16/2023 | 10/7/19 Recorded MDOC Call – Barry Boyce and Inmate |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 265 | | | | | | 10/11/19 Cash App Transfer Record |
| 266 | | | | | | 10/24/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 267 | | | | | | 10/25/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 268 | | | | | | 11/16/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 269 | | | | | | 11/24/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 270 | | | | | | 11/27/19 Recorded MDOC Call – Barry Boyce and Inmate |
| 271 | | | | | 2/23/2023 | (Physical) - Controlled Substance - Contraband intercepted at MDOC/PCC on 12/13/19 (ATF Evidence Item #38) |
| 272 | | | | | | 4/7/20 Recorded MDOC Call – Barry Boyce and Inmate |
| 273 | | | | | | 6/19/20 Recorded MDOC Call – Kelita Moore and Inmate |
| 274 | | | | | | 6/19/20 Recorded MDOC Call – Nolita Murray and Inmate |
| 275 | | | | | | 6/22/20 Recorded MDOC Call – Nolita Murray and Inmate |
| 276 | | | | | | 6/27/20 Recorded MDOC Call – Nolita Murray and Inmate |
| 277 | | | | | 2/16/2023 | (Physical) - Controlled Substance - Contraband intercepted at MDOC/SECC on 6/24/20 (ATF Evidence Item #83) |
| 278 | | | | | 2/16/2023 | (Physical) - Controlled Substance - Contraband intercepted at MDOC/SECC on 7/15/20 (ATF Evidence Item #84) |
| 279 | | | | | | 6/6/20 Recorded MDOC Call – Shawn Mahler and Inmate |
| 279-T | | | | | | Transcript |
| 280 | | | | | | 6/22/20 Recorded MDOC Call – Shawn Mahler and Inmate |
| 280-T | | | | | | Transcript |
| 281 | | | | | | 6/26/20 Recorded MDOC Call – Shawn Mahler and Inmate |
| 281-T | | | | | | Transcript |
| 282 | | | | | | 7/21/20 Recorded MDOC Call – Shawn Mahler and Inmate |
| 282-T | | | | | | Transcript |
| 283 | | | | | 2/23/2023 | 9/30/18 Recorded MDOC Call – M. Woods and Inmate |
| 284 | | | | | | 10/4/18 Recorded MDOC Call – Maxwell and Inmate |
| 284-T | | | | | | Transcript |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 285 | | | | | 2/23/2023 | 10/5/18 Recorded MDOC Call – Maxwell and Inmate – 1252hrs recording |
| 285-T | | | | | | Transcript |
| 286 | | | | | | 10/7/18 Recorded MDOC Call – Maxwell and Inmate |
| 286-T | | | | | | Transcript |
| 287 | | | | | | 10/13/18 Recorded MDOC Call – Jose Strayhorn and Inmate |
| 287-T | | | | | | Transcript |
| 288 | | | | | | 10/15/18 Recorded MDOC Call – Tina Watkins and Inmate – 1924hrs recording |
| 288-T | | | | | | Transcript |
| 289 | | | | | 2/23/2023 | 10/16/18 Recorded MDOC Call – Maxwell and Inmate |
| 289-T | | | | | | Transcript |
| 290 | | | | | 2/23/2023 | 10/19/19 Recorded MDOC Call – Maxwell and Inmate |
| 290-T | | | | | | Transcript |
| 291 | | | | | 2/23/2023 | 10/20/19 Recorded MDOC Call – Maxwell and Inmate |
| 291-T | | | | | | Transcript |
| 292 | | | | | 2/23/2023 | 10/21/19 Recorded MDOC Call – Maxwell and Inmate |
| 292-T | | | | | | Transcript |
| 293 | | | | | 2/23/2023 | 10/27/19 Recorded MDOC Call – Maxwell and Inmate |
| 293-T | | | | | | Transcript |
| 294 | | | | | 2/23/2023 | 11/12/19 Recorded MDOC Call – Maxwell and Inmate |
| 294-T | | | | | | Transcript |
| 295 | | | | | 2/23/2023 | 5/23/20 Recorded MDOC Call – Mahler and Inmate |
| 295-T | | | | | | Transcript |
| 296 | | | | | | Toll and Text Records Between Maxwell and Smith |
| 297 | | | | | | 10/5/18 Recorded MDOC Call – Maxwell and Inmate – 1455 recording |
| 297-T | | | | | | Transcript |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 298 | | | | | 2/23/2023 | **10/15/18 Recorded MDOC Call – Tina Watkins and Inmate – 2024hrs recording** |
| 298-T | | | | | | **Transcript** |
| 299 | | | | | 2/16/2023 | **Lab Report for Exhibit 263 (ATF Evidence Item #37)** |
| 300 | | | | | 2/16/2023 | **Lab Report for Exhibit 271 (ATF Evidence Item #38)** |
| 301 | | | | | | **7/3/20 Recorded Wire Smith to Glen Jackson** |
| 301-T | | | | | | **Transcript** |
| 302 | | | | | | **7/31/17 Recorded MDOC Call Shaw and Maxwell** |
| 302-T | | | | | | **Transcript** |
| 303 | | | | | 2/16/2023 | **Lab Report for Exhibit 277 (ATF Evidence Item #83)** |
| 304 | | | | | 2/16/2023 | **Lab Report for Exhibit 278 (ATF Evidence Item #84)** |
| 305 | | | | | 2/16/2023 | **Lab Report for Exhibit 250 (ATF Evidence Item #36)** |
| 306 | | | | | 2/16/2023 | **Lab Report for Exhibit 256(ATF Evidence Item #24)** |
| 307 | | | | | | **Crime Scene Video – Bridgeton, MO** |
| 308 | | | | | 2/9/2023 | **Video Excerpt of Exhibit 32: Griffin Recordings with FBI CI** |
| 308-T | | | | | | **Transcript** |
| 309 | | | | | 2/9/2023 | **Still Photos from Exhibit 32** |
| 310 | | | | | 2/2/2023 | **Leroy Allen Autopsy Photos** |
| 311 | | | | | 2/2/2023 | **(Physical) Griffin Kyocera Phone – ISP #20** |
| 312 | | | | | 2/2/2023 | **(Physical) Griffin Samsung Phone – ISP #21** |
| 313 | | | | | 2/2/2023 | **(Physical) Griffin iPhone – ISP #23** |
| 314 | | | | | 2/2/2023 | **(Physical) Misc. docs from Griffin Arrest re: BOP docs and utility bills** |
| 315 | | | | | 2/2/2023 | **(Physical) Wallet re: Griffin Arrest – ISP #6** |
| 316 | | | | | 2/2/2023 | **(Physical) Suspected Crack Cocaine – ISP #3** |
| 317 | | | | | 2/2/2023 | **(Physical) Suspected Heroin – ISP #2** |
| 318 | | | | | 2/2/2023 | **(Physical) Suspected Heroin – ISP #1** |
| 319 | | | | | 2/2/2023 | **Medical Examiner's Report – Leroy Allen** |
| 320 | | | | | 2/15/2023 | **(Physical) Leroy Allen's Phone** |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| 321 | | | | | 2/15/2023 | (Physical) Leroy Allen's Hat |
| 322 | | | | | 2/16/2023 | ATF Lab Photos – Greg Klees |
| 323 | | | | | 2/14/2023 | Perry Harris's Plea Agreement |
| 324 | | | | | 2/16/2023 | Demonstrative ATF Lab Photos re: Greg Klees |
| 325 | | | | | 2/22/2023 | (Physical) Magazine from Glock pistol seized from Perry Harris |
| 326 | | | | | 2/21/2023 | Shawn Mahler Plea Agreement |
| 327 | | | | | 2/21/2023 | St. Louis County Crime Lab Report - Tina Wilson |
| 328 | | | | | 2/23/2023 | Text Messages between Eartha McDonald and Smith 4/28/18 |
| 329 | | | | | 2/28/2023 | Photo Exhibit |
| 330 | | | | | 2/28/2023 | 10/24/19 Text Messages between Smith and Duffy Clark |
| 331 | | | | | 2/28/2023 | 9/10/19 Text Messages between Smith and Maxwell |
| 332 | | | | | 2/28/2023 | 4/19/18 Video - Maxwell |
| 333 | | | | | 2/28/2023 | 4/19/18 Video - Maxwell and P. Harris |
| 334 | | | | | 2/28/2023 | 2/24/20 Letter from Warren Griffin to Smith |
| | 351 | | | | 2/7/2023 | Damien Madison Plea Agreement dated August 20, 2019 |
| | 352 | | | | | |
| | 353 | | | | | |
| | 354 | | | | 2/7/2023 | Damien Madison Letter dated October 14, 2022 |
| | 355 | | | | | |
| | 356 | | | | | |
| | 357 | | | | 2/7/2023 | (Physical) Nintendo Video Game |
| | 358 | | | | | |
| | 359 | | | | 2/7/2023 | The Seventeen Laws |
| | 360 | | | | 2/9/2023 | SW Naperville Photos |
| | 361 | | | | 2/9/2023 | Smith-Jovan Wire Session |
| | 362 | | | | 2/28/2023 | 2016-09-00 CPD Community Softball Tournament Englewood-Smith |
| | 365 | | | | 2/28/2023 | 0000-04-09 TBHC Kids Day Flyer |

| Govt Exh. No. | Def. Smith Exh. No. | Def. Griffin Exh. No. | Def. Clemon Exh. No. | Def. Maxwell Exh. No. | Admitted | Description |
|---|---|---|---|---|---|---|
| | 367 | | | | 2/28/2023 | **2020-07-21 AUDIO Min 1.28.45 to 1.34.00 Intvw C. Blount** |
| | | 401 | | | | |
| | | 402 | | | 2/28/2023 | **Fake Text #1** |
| | | 403 | | | 2/28/2023 | **Fake Text #2** |
| | | 404 | | | 2/28/2023 | **Fake Text #3** |
| | | 405 | | | 2/28/2023 | **Fall 2017, Picture of Darryl Wheler** |
| | | 406 | | | 2/28/2023 | **3/22/18 Cellebrite Reader Texts** |
| | | | 501-A | | 2/13/2023 | **Melton Interview** |
| | | | 501-B | | 2/13/2023 | **Melton Interview** |
| | | | 502 | | 2/14/2023 | **Perry Harris Proffer Letter** |
| | | | 503 | | 2/15/2023 | **Photo from Shell Station** |
| | | | 504 | | 2/15/2023 | **Photo from Shell Station** |
| | | | 505 | | 2/21/2023 | **Firearm Analysis Report** |
| | | | | 551 | | **Perry Harris Plea Agreement** |
| | | | | 552 | | **Perry Harris Stipulation of Facts** |
| | | | | 553 | | **Barry Boyce Plea Agreement** |
| | | | | 554 | | **Barry Boyce Stipulation of Facts** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |